UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAMELA CLAYTOR | : |
| | : |
| VS. | :     CIVIL NO. |
| | : |
| ROBERT L. WILKIE, SECRETARY | : |
| OF VETERANS AFFAIRS | :     SEPTEMBER 3, 2019 |

## **C O M P L A I N T**

    1. This is an action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.*, to redress the deprivation by the defendant of rights secured to the plaintiff by the laws of the United States. The defendant discriminated against the plaintiff in employment on the grounds of her race and gender.

    2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3), 1367(a) and 2201(a) of Title 28 and Sections 1981 and 2000e of Title 42 of the United States Code.

    3. During all times mentioned in this action, the plaintiff was, and still is, an adult citizen of the United States residing in the State of Connecticut. She is an African-American woman and is a military veteran.

    4. The defendant is the Secretary of the United States Department of

Veterans Affairs, which is and at all relevant times was an employer within the meaning of the aforesaid statutes and at all relevant times employed more than one hundred individuals.

5. The plaintiff has complied with all of the procedural prerequisites to suit under the statutes aforementioned, having filed a timely complaint of employment discrimination with the Office of Employment Discrimination of the Department of Veterans Affairs and having received a Notice of Final Agency Decision mailed on July 17, 2019.

6. For many years, the plaintiff has been employed by the Department of Veterans Affairs as a GS-6 Claims Assistant under the Hartford, Connecticut, VA Regional Office and working at the VA Hospital in Newington.

7. On December 8, 2017, the plaintiff was issued a Fully Successful performance rating by her Caucasian male supervisor. She was entitled to receive, and should have received, a rating of Exceptional.

8. The plaintiff's financial and promotional opportunities have been unfairly limited and restricted because of the aforesaid improper and unfair performance rating.

9. A Caucasian male whose performance was below the plaintiff's and who had been disciplined as AWOL only a month previously, was given an Exceptional performance rating by the same supervisor on or about the same

date as the plaintiff received her aforesaid evaluation.

10. Prior to the said evaluation, the plaintiff consistently was given far more complex and difficult work assignments by her aforesaid supervisor than were given to her Caucasian male counterparts.

11. In the manner described above, the defendant has discriminated against the plaintiff in her employment because of her race and sex, in violation of the statutes aforesaid.

WHEREFORE, the plaintiff claims judgment against the defendant as follows:

A. Compensatory damages in an amount this court shall consider to be just, reasonable and fair;

B. Punitive damages in an amount this court shall consider to be just, reasonable and fair;

C. Attorney fees and the costs of this action;

D. A temporary and permanent injunction requiring the defendant forthwith to correct her performance evaluation to reflect Exceptional performance;

E. Such other relief as this court shall consider to be fair and equitable.

THE PLAINTIFF

BY:_____*/s/*____*(ct00215)*_____
         JOHN R. WILLIAMS (ct00215)
         51 Elm Street
         New Haven, CT 06510
         203-562-9931
         Fax:  203-776-9494
         jrw@johnrwilliams.com